JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPERIAL PAVING COMPANY INCORPORATED and DOES 1 to 10, inclusive,<br><br>    Imperial. | Case No. 2:19-cv-1242-JFW-SSx<br><br>**JUDGMENT** |

Having granted the Motion for Entry of Default Judgment by Plaintiff Zurich American Insurance Company ("ZAIC") on its complaint against Imperial Paving Company Incorporated, the Court enters judgment as follows:

Judgment is entered on the complaint in favor of Plaintiff ZAIC and against Defendant Imperial Paving Company Incorporated for a total of $163,300.73 (the total consisting of $145,326.00 in principal damages, $17,480.98 in prejudgment interest, and $493.75 in statutory costs).

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: August 27, 2019

Hon. John F. Walter, U.S. District Judge

1